LAW OFFICE OF
# DONALD J. WEISS
363 SEVENTH AVENUE
4TH FLOOR
NEW YORK, NEW YORK 10001
212-967-4440
djwlaw@mindspring.com

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 11/27/2019

<u>Via ECF</u>
Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square Rm 415
New York, NY 10007

Re:  Barbara Roldan v. T&K Restaurant Group LLC et. al.; Case # 19 Civ 2233

Dear Judge Broderick:

  You previously issued a 30 day Order, on October 31, 2019, based on the parties' notice to the Court that a settlement in principle had been reached. We have been negotiating the specific terms to be included in the Stipulation of Settlement, however, we have not yet reached final agreement. Due to the holidays and vacation schedules, it may take more time than anticipated to finalize and obtain signatures.

  It is therefore jointly requested that the time for the parties to file their Stipulation, with permission to restore the matter if not fully resolved, be extended for a period of 30 days from.

  Thank you for your time and attention herein.

            Yours truly,

            *Donald J. Weiss*

            Donald J. Weiss